BAKER ET AL., appellants, *v.* GANS ET AL., respondents.

*Appeal from District Court, Choteau County.*

B. P. CARPENTER and BUCK & HUNT, for the appellants.

H. G. & S. H. McINTIRE, for the respondents.

GALBRAITH, J. This case is precisely similar to the case of *Baker* v. *Power, ante,* p. 326, decided at this term of the court. The affidavit to the mortgage and the mortgage itself in each case are identical. The principles applicable in that case are decisive in this.

The judgment is affirmed, with costs.

*Judgment affirmed.*

McLEARY, J., and BACH, J., concur.